UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CIV-24055-MORENO

JOSEFINA ACOSTA JIMENEZ,

    Plaintiff,

v.

MANYA BORMAN,

    Defendant.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 3rd day of April, 2017 at 10:00 a.m. Plaintiff and Plaintiff's attorney appeared. Defendant, Manya Borman appeared.

No agreement was reached; IMPASSE.

Dated this 3rd day of April, 2017

    Respectfully Submitted,
    **Neil Flaxman, Esq.**
    Florida Supreme Court Certified Circuit &
    Appellate Mediator
    Certified District Court Mediator (S.D. Fla.)
    Brickell City Tower, Suite 3100
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-810-2786- Fax: 305-810-2824
    E-mail: flaxy@bellsouth.net

By:   *s/ Neil Flaxman*
      Neil Flaxman, Esq.
      Fla. Bar No. 025299