UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MINUTES – CIVIL JURY TRIAL

HONORABLE FEDERICO A. MORENO

**CASE NO:**  16-24055-CV-MORENO

**DAY #:** 1

**DATE:**  Wednesday, July 19, 2017

**REPORTER:**  Gilda Pastor-Hernandez

**DEPUTY CLERK:** Shirley Christie

**Court Interpreters:**  N/A

**STYLE:**  Jimenez v. Borman

**COUNSEL:**  David Kelly, Esq.
             Manya Borman, *pro se*

___xxx___  p.m. - Jury Trial - Selection of jurors
___xxx___  Voir dire begins.
___xxx___  Jury impaneled
___xxx___  Opening statements to the jury.
___xxx___  Jury trial held.
_____  Closing Arguments to the jury.
_____  Jury Instructions.
_____  Jury Deliberating
_____  Mistrial
_____  Jury returned verdict.  See verdict form.
_____  Court    trial    continued    to    _____.

Court trial concluded.  Case taken under advisement. Briefing schedule as follows:
  Plaintiff's due:
  Defendant's due:
  Reply due:

Comments:   TIME:  3 hour 54 minutes