UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24055-CIV-MORENO

JOSEFINA ACOSTA JIMENEZ,

    Plaintiff,

vs.

MANYA BORMAN,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on July 20, 2017, judgment is entered in favor of the Plaintiff Josefina Acosta Jimenez and against Defendant Manya Borman for $4,824.18. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 of July 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record