UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

**JOSEFINA ACOSTA JIMENEZ,**

      Plaintiff,

vs.

**MANYA BORMAN,**

      Defendant.

_____/

**QUESTION/NOTE FROM
DELIBERATING JURY TO
THE COURT**

**DO NOT DESTROY**

*request a 2015-2016 calendar*

_7-20-17_
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

**JOSEFINA ACOSTA JIMENEZ,**

    Plaintiff,

vs.

**MANYA BORMAN,**

    Defendant.

_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

For the summer months, when the plantiff was working Fri & Sat, what was she being paid by the Defendant.

_7-20-17_
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

JOSEFINA ACOSTA JIMENEZ,

      Plaintiff,

vs.

MANYA BORMAN,

      Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We would like to withdraw Question #2

7-20-17
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

**JOSEFINA ACOSTA JIMENEZ,**

    Plaintiff,

vs.

**MANYA BORMAN,**

    Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

I need to text my hubby @ 3pm to get the kids from camp @ 4

7/20/17
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

**JOSEFINA ACOSTA JIMENEZ,**

       Plaintiff,

vs.

**MANYA BORMAN,**

       Defendant.
_____/

**QUESTION/NOTE FROM
DELIBERATING JURY TO
THE COURT**

**DO NOT DESTROY**

2 ?'s

1. Can we get caffe con leches, coladas?

2. Need 2 parking passes stamped.

7-20-2017
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-24055-CV-MORENO**

**JOSEFINA ACOSTA JIMENEZ,**

        Plaintiff,

vs.

**MANYA BORMAN,**

        Defendant.
_____/

**QUESTION/NOTE FROM
DELIBERATING JURY TO
THE COURT**

**DO NOT DESTROY**

*We have reached a verdict!*

7-20-2017
DATE