UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-24055-CIV-MORENO

JOSEFINA ACOSTA JIMENEZ,

    Plaintiff,

vs.

MANYA BORMAN,

    Defendant.
_____/

## VERDICT

WE, THE JURY, return the following verdict:

1. Do you find that the Plaintiff is entitled to compensation for unpaid minimum wages under the Fair Labor Standards Act or Florida state law?

    YES ✓    NO _____

If your answer is NO, your verdict is for the Defendant. Please sign and date the verdict form.

If your answer is YES, your verdict is for the Plaintiff and you should answer the remaining questions.

2. What is the total amount of compensation owed to the Plaintiff for her employer's violation of the Fair Labor Standards Act or Florida state law minimum wage provision?

    $ 2,412.09

3. Did Defendant act in good faith and with reasonable grounds in order to comply with the Fair Labor Standards Act or Florida state law? If your answer is NO, you have found

that Defendant did not prove that she in good faith was complying with the law, and the Judge will double the amount of damages listed by you in question number 2. If your answer is YES, then the Plaintiff will receive the amount that you found in Question # 1.

YES _____   NO __✓__

**SO SAY WE ALL.**

7-20-2017
DATE