UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24055-CIV-FAM

JOSEFINA ACOSTA JIMENEZ, )
)
        Plaintiff, )
vs. )
)
MANYA BORMAN, )
)
        Defendant. )
_____ )

FILED BY _____ D.C.

OCT 17 2017

STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

JOSEFINA ACOSTA JIMENEZ (herein the "Plaintiff"), by and through undersigned Counsel, pursuant to Florida Statute 77.03, moves for the issuance of a writ of garnishment after judgment as to BankUnited, National Association and as grounds therefore, states as follows:

On 7/20/17 and 9/5/17, the Court respectively filed a Final Judgment, and Order Granting Plaintiff's Motion to Tax Costs in favor of Plaintiffs, and against Defendant, MANYA BORMAN in the following amounts: $4,824.18 and $660. [DE Nos. 81 and 96]. Such Judgments total $5,484.18. Thus far, Defendant has paid none of the said Judgments.

Plaintiffs, by and through undersigned counsel, requests that a writ of garnishment after judgment as to Garnishee BankUnited, National Association be issued in the amount of $5,484.18.

Respectfully Submitted,

J.H. Zidell, P.A.
Attorney or Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By: _____
J.H. Zidell, Esq.
Florida Bar Number: 0010121