UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24055-CIV-FAM

JOSEPHINA ACOSTA JIMENEZ, )
)
    Plaintiff, )
)
vs. )
)
MANYA BORMAN, )
)
    Defendant. )
)

## **DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, MANYA BORMAN, by and through her undersigned counsel, hereby moves for protective order related to a post-judgment deposition scheduled by the Plaintiff, Josephina Acosta Jimenez, to depose the Defendant, and as support states as follows:

1. Plaintiff served a Subpoena for Deposition in Aid of Execution *Duces Tecum* on January 19, 2018, attached hereto as Exhibit 1.

2. This post-judgment subpoena was served on Defendant, who was previously proceeding *pro se*, who has recently retained the undersigned counsel, Michael L. Cotzen, Esq.

3. The undersigned counsel, Michael Cotzen, was hospitalized for the past week and, as of January 23, 2018, is under doctor's orders not to work for the next 21 days. The doctor's orders are attached hereto as Exhibit 2.

4. The deposition of Defendant was unilaterally scheduled and not coordinated with Defendant, who is not available on that date.

COTZEN LAW, P.A.
*20700 West Dixie Highway, Aventura, Florida 33180*
*Phone (305) 682-1600*

5. The subpoena served on Defendant on January 19, 2018, only six days before the scheduled deposition, requires Defendant to produce 60 categories of documents. Defendant could not possibly compile the required 60 categories of documents within six days; such a request is unduly burdensome and harassing.

6. Mr. Cotzen reached out to opposing counsel, Neil Tobak, Esq., in an attempt to resolve participation, explaining to Mr. Tobak it was not possible for Mr. Cotzen to attend for health reasons and that it was not possible for Defendant to attend at the unilaterally scheduled date and time. Opposing counsel refused to reschedule the deposition.

7. As a result, this Court should grant the Motion for Protective Order and protect Defendant from appearing at the scheduled deposition.

WHEREFORE, Defendant respectfully requests this Court enter a Protective Order as requested above, and for any other relief that is just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the above has been served via e-mail on this 24th day of January, 2018 on **Neil Tobak, Esq.,** of J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141, at NTobak.Zidellpa@gmail.com.

Respectfully submitted,

/s/Michael L. Cotzen
**MICHAEL L. COTZEN, ESQ.**
**FBN: 166472**
michael@cotzenlaw.com
**COTZEN LAW, P.A.**
*Attorneys for Plaintiff*
20700 West Dixie Highway
Aventura, Florida 33180